CR 12 (Rev. 9/82)                          **WARRANT FOR ARREST**     AUSA Kastrenakes / Voiret Task Force

| United States District Court | DISTRICT Southern District of Florida |
|---|---|

| UNITED STATES OF AMERICA<br>v.<br><br>BRIAN ROWLAND, a/k/a "Mr. B," et al. | DOCKET NO.<br><br>02-80061-CR-DTKH/AEV(s) | MAGISTRATE CASE NO. |
|---|---|---|

| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED |
|---|---|
| | Michael David Shelton, a/k/a "Dooley Don"<br>2145 Pioneer Drive<br>Lakeland, FL  33809<br><br>DOB: 5/8/66    SSN: 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<br>W/M |

WARRANT ISSUED ON THE BASIS OF:

☐ Order of Court

☒ Indictment     ☐ Information     ☐ Complaint

| TO:<br>United States Marshals Service or any other authorized representative | DISTRICT OF ARREST<br><br>CITY |
|---|---|

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person
before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy to manufacture, distribute and possess with intent to distribute marijuana; and

Maintaining a place to manufacture marijuana,

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21; 18 | SECTION<br>841(a)(1), 846, 856(a)(1); 2 |
|---|---|---|

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
|---|---|---|

| ORDERED BY<br><br>LINNEA R. JOHNSON, CHIEF<br>UNITED STATES MAGISTRATE JUDGE | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE<br>5-30 02 |
|---|---|---|

| CLERK OF COURT<br><br>CLARENCE MADDOX | (BY) DEPUTY CLERK | DATE ISSUED<br>05-30-02 |
|---|---|---|

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br><br>DATE EXECUTED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

BOND RECOMMENDATION

## MICHAEL DAVID SHELTON
### a/k/a "Mike,"
Defendant.

Pretrial Detention is recommended.

JOHN S. KASTRENAKES
Assistant United States Attorney