PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 73362



**UNITED STATES DISTRICT COURT**  
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **02-80061-CR-HURLEY**



FILED by _____ D.C.

FEB 10 2004

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: **MICHAEL DAVID SHELTON**

Name of Sentencing Judicial Officer: The Honorable Daniel T.K. Hurley  
United States District Judge  
Southern District of Florida  
West Palm Beach, Florida

Date of Original Sentence: November 22, 2002

Original Offense: Count 11: Maintaining a Place for the Purpose of Manufacturing a Schedule I Controlled Substance, to Wit: Marijuana, in violation of 21 U.S.C. § 856(a)(2), a Class "C" felony.

Original Sentence: One year and one day in the custody of the Bureau of Prisons, three (3) years supervised release and $100 special assessment. The following special conditions were imposed: (1) The defendant shall participate in an approved treatment program for mental health/substance abuse, as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the cost of services rendered (co-payment) in the amount determined by the U.S. Probation Officer, based on ability a pay, or availability of third-party payment; (2) The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation, including but not limited to, pay stubs, contractual agreements, W-2 Wages and Earnings Statements, and any other documents requested by the U.S. Probation Office; and (3) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

Type of Supervision:  
Supervised Release

Date Supervision Commenced:  
May 1, 2003



PROB 12A                                                                                          SD/FL PACTS No. 73362
(SD/FL 10/01)                                                                                                      Page 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 02-80061-CR-HURLEY

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender:   **MICHAEL DAVID SHELTON**

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain form violation of the law. On or about December 5, 2003, in Polk County, Lakeland, Florida, the defendant was arrested by the Polk County Sheriff's Office for Driving Under the Influence, contrary to Florida State Statute 316.193. This case is pending disposition in Docket No. TT03-OO6668-XX. |

**U.S. Probation Officer Action:** This case was is currently being supervised by U. S. Probation Officer Iva M. Sherrouse in the Middle District of Florida, Lakeland. The defendant's residence and employment are currently stable and the defendant has been given numerous urinalysis drug tests, which have all resulted negative. His drug and mental health counselor have indicated that the defendant has admitted that he has a substance abuse problem and has expressed remorse for this behavior. The defendant has also been prescribed medication for depression, and has been taken this medication as ordered by his therapist and the probation officer. The defendant has been warned that this behavior will not be tolerated, and if he should have any new violations, the Court will be notified and action will be taken. We have attached the request letter for the probation officer in Lakeland along with the arrest report on the above violation. The supervising probation officer is recommending that no action be taken at this time due to the fact that the defendant is currently enrolled in drug and mental health counseling and has been attending on a weekly basis.

Respectfully submitted,

by

Richard J. Samson
U.S. Probation Officer
Phone: (561) 804-6852
Date: January 29, 2004

PROB 12A  SD/FL PACTS No. 73362
(SD/FL 10/01)  Page 3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 02-80061-CR-HURLEY

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender:  **MICHAEL DAVID SHELTON**

---

[x]  Concur with **RECOMMENDATION OF** ~~action(s) taken by~~ the U.S. Probation Officer
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for _____ Warrant or _____ Summons

_Daniel T. K. Hurley_
Signature of Judicial Officer

February 6, 2004
Date